IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHRISTINA MOORE,

    Plaintiff,

v.

ACCOUNT CONTROL TECHNOLOGY, INC.,

    Defendant.

6:14-cv-1967-TC

ORDER

MCSHANE, Judge:

    Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation in this case (ECF No. 24), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.

1 –ORDER

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 24) is adopted in full. Plaintiff's motion for partial summary judgment (ECF No. 14) is DENIED. Defendant's motion for summary judgment (ECF No. 11) is GRANTED. This action is DISMISSED with prejudice.

IT IS SO ORDERED.

DATED this 23 day of Nov, 2015.

_____
Michael J. McShane
United States District Judge

2 –ORDER